UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTT A. VANDERVEEN and
JENNIFER R. VANDERVEEN,

      Plaintiff,

v.                                                       3:05cv469-WS

ALLSTATE INSURANCE COMPANY,

      Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation (doc. 25) docketed May 3, 2006. The magistrate judge recommends that the plaintiffs' motion to strike the defendant's affirmative defenses be denied. The plaintiffs have filed no objections to the report and recommendation.

      The court having reviewed the record, it is ORDERED:

      1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order.

      2. The plaintiffs' motion (doc. 11) to strike the defendant's affirmative defenses is DENIED.

      DONE AND ORDERED this __29th__ day of __June__, 2003.

                                            s/ William Stafford
                                            WILLIAM STAFFORD
                                            SENIOR UNITED STATES DISTRICT JUDGE